Clarification needed

Counts 2 + 3 + 4 and others

First parts 1 + 2 - OR or AND

Please explain why in several counts there are two parts of an element that must be proved as either or but the instruction to the jury instructs that we must find both are true.

Example: Count 2

First element parts 1 + 2

★ Is this part 1 or part 2

or part 1 and part 2

that the defendant knowingly participated, etc.

[redacted]

Jury Note A

There is need for clarification about Count 4. The instruction document requires us to consider 2 parts of the 1st element. The verdict form doesn't account for the 2nd, 3rd, and 4th elements. Do we need to agree on these separately or are these part of the first element?

[redacted]

Jury Note B

Instruction 29 and Verdict Form
do not align on the date.

Count Six Instructions
Sept 3 OR → WA

Count Six Verdict Form
Sept 3 & Sept 6

Please clarify the date/event
we are to decide on.

[redacted] 3/10/22

Jury Note C

Re: Juror Note C

As to Counts Five and Six, the date involved for all parts of Counts Five and Six on the jury verdict form should be "on or about September 3, 2018." To that date, please apply instruction eleven the "On or About Instruction."

MWMosman

3/11/22